UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. ALLIANCE FEDERAL CREDIT UNION,

                Plaintiff,

       -against-

CUMIS INSURANCE SOCIETY, INC.,

                Defendant.

ORDER

03 Civ. 10317 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the September 29, 2009 status conference in the above-captioned action is adjourned until October 2, 2009 at 11:15 a.m. in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, NY.

Dated: New York, New York
       September 15, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09